**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES -- GENERAL</u>**

Case No.    **CV 25-9961-JFW(RAOx)**                                    Dated: January 8, 2026

Title:        Theodore Nelson -*v*- Textron Ground Support Equipment, Inc., et al.

---

**PRESENT:**
**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                            None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION TO REMAND ACTION TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES [filed 12/11/25; Docket No. 41]**

        Plaintiff's Motion to Remand Action to the Superior Court of the State of California for the County of Los Angeles is currently on calendar for January 12, 2026, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for January 12, 2026, is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

        IT IS SO ORDERED.